UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| PAULRIQUES BRIDGEFORTH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JCF HOUSEMENTS MANUFACTURING, LLC, )<br>et al., )<br>)<br>Defendants. ) | No. 4:23-cv-00029-DCLC-SKL |

### JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT

Pursuant to Section 216(b) of the Fair Labor Standards Act (FLSA), the parties respectfully move the Court for an order approving a settlement of Plaintiff's FLSA claims. As explained below, the proposed settlement provides for payment of 100% of the damages to which Plaintiff is entitled pursuant to the FLSA.

Plaintiff was employed by Defendant JCF Housements Manufacturing, LLC as a purchasing manager from May 16, 2022 until June 16, 2023. Although Plaintiff worked through June 16, 2023, Defendants only paid Plaintiff his agreed-upon salary through April 15, 2023. Accordingly, Plaintiff did not receive at least the minimum wage for his last nine weeks of work, as required by Section 206(a)(1)(C) of the FLSA. Plaintiff and Plaintiff's counsel have determined that Plaintiff is owed a total of $2,610.00 in minimum-wage back pay. Plaintiff also seeks unpaid regular wages pursuant to a state-law breach of contract claim. Plaintiff did not work overtime hours.

The parties have entered into a settlement agreement (attached), subject to court approval, that provides for payment of 100% of Plaintiff's minimum-wage back pay in the amount of $2,610.00, less necessary withholdings, and an equal amount of liquidated damages in the amount

of $2,610.00. See, 29 U.S.C. § 216(b) (providing that an employer who violates the minimum wage provisions of the FLSA shall be liable for the unpaid minimum wages, an equal amount of liquidated damages, and attorney's fees and costs). In addition, Plaintiff will receive a payment of regular wages totaling $9,027.77, less necessary withholdings. Finally, Defendants will separately pay statutory attorneys' fees and costs totaling $10,752.23. Plaintiff has agreed to a general release of all claims against Defendants as set forth in the attached settlement agreement.

Accordingly, Plaintiff will receive the full benefits to which he is entitled pursuant to the FLSA. Because Plaintiff will receive full benefits, there is no question that the settlement is fair and reasonable. See, e.g., Lynn's Food Stores, Inc. v. United States, 679 F. 2d 1350, 1353-54 (11th Cir. 1982) (district court may approve settlement after determining that it is fair and reasonable); Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

For the foregoing reasons, the parties respectfully move the Court for an order approving the proposed settlement. Attached hereto is a proposed Order.

Respectfully submitted,

*/s/ R. Scott Jackson, Jr.*
R. Scott Jackson, Jr. (TN 13839)
4525 Harding Road, Suite 200
Nashville, TN 37205
(615) 313-8188
rsjackson@rsjacksonlaw.com

John McCown (GA 486002)
Warren & Griffin, P.C.
300 West Emery Street, Suite 108
Dalton, GA 30720
(706) 529-4878
john.mccown@warrenandgriffin.com

Attorneys for Plaintiffs

/s/Daniel Crowell (by RSJ w/permission)
Daniel Crowell (TN #31485)
BARTON LLP
611 Commerce Street
Suite 2603
Nashville, TN 37203
Telephone: (615) 340-6790
dcrowell@bartonesq.com

*Attorney for Defendant, JCF Housements Manufacturing, LLC*


/s/ Jonathan O. Harris (by RSJ w/permission)
Jonathan O. Harris (TN #21508)
JACKSON LEWIS P.C.
611 Commerce Street
Suite 2803
Nashville, TN 37203
Telephone: (615) 565-1661
jonathan.harris@jacksonlewis.com

*Attorney for Defendants, JCF Living, LLC, John Fitzmaurice & Ryan Fitzmaurice*


## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on Daniel Crowell, Barton LLP, 611 Commerce Street, Suite 2603, Nashville, TN 37203, and Jonathan O. Harris, Jackson Lewis P.C., 611 Commerce Street, Suite 2803, Nashville, TN 37203.

/s/ R. Scott Jackson, Jr.
R. Scott Jackson, Jr.