UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| PAULRIQUES BRIDGEFORTH, | ) |
| Plaintiff, | ) |
| vs. | ) No: 4:23-cv-00029-DCLC-SKL |
| JCF HOUSEMENTS MANUFACTURING, LLC, et al., | ) |
| Defendants. | ) |

## ORDER

This is a Fair Labor Standards Act ("FLSA") case in which Plaintiff seeks recovery of unpaid minimum wages and regular wages. The case is before the Court on the parties' Joint Motion for Approval of FLSA Settlement.

The Court has reviewed the proposed settlement, which provides for full payment of Plaintiff's minimum-wage back pay; an equal amount of liquidated damages; and attorneys' fees and costs. See, 29 U.S.C. § 216(b). The settlement also provides for a payment of regular wages to Plaintiff. The Court finds that the terms of the settlement are fair and reasonable. See, Lynn's Food Stores, Inc., v. United States, 679 F.2d 1350, 1353-54 (11th Cir. 1982) (district court may approve an FLSA settlement after determining that it is fair and reasonable); Hanks v. Racetrack Petroleum, Inc., 2011 WL 4408242, at *2 (M.D. Fla. Sept. 9, 2011) ("Full recompense is *per se* fair and reasonable.").

ACCORDINGLY, the Court GRANTS the parties' Joint Motion for Approval of FLSA Settlement, and DIRECTS Defendants to pay Plaintiff and his counsel the amounts set forth in the Joint Motion. The Court further ORDERS the parties to file a stipulation of dismissal with

prejudice after payment of the settlement funds to Plaintiff and his counsel and within thirty 30 days of entry of this order.

    IT IS SO ORDERED.

_____
Clifton L. Corker
United States District Judge